IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>      **Plaintiff,**<br><br>      -v-<br><br>**BAD DRAGON ENTERPRISES INC.,**<br><br>      **Defendant.** | Civil Case Number: 1:21-cv-02850-JMF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   May 21, 2021


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*

SO ORDERED.

May 24, 2021